JOSEPHINE VOLPE *v.* CARMINE VOLPE
(10929)

O'CONNELL, FOTI and HEIMAN, Js.

Argued December 7—decision released December 29, 1992

*Helen C. Bruno,* with whom, on the brief, was *Paul J. Pacifico,* for the appellant (plaintiff).

*Joy Kony Peshkin,* with whom, on the brief, was *Mitchell A. Dinkin,* law student intern, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

---

LEWIS A. LIZOTTE *v.* RICK C. WELKER ET AL.
(11244)

DALY, O'CONNELL and FOTI, Js.

Argued December 7—decision released December 29, 1992

*James W. Sherman,* for the appellant (plaintiff).

*Stuart G. Blackburn,* with whom was *Martin B. Margulies,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.